## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

COMPANION PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.        CASE NO: 8:15-cv-1097-T-26AEP

ALL ROOF SYSTEMS, LLC, AMS STAFF
LEASING, INC., d/b/a AMS STAFF LEASING
CORPORATION, ANDREW N. CLARK,
and NADINE L. CLARK,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of the Plaintiff's amended complaint, which this Court must accept as true at this early juncture of the proceedings, the terms and provisions of the workers' compensation insurance policy at issue, and the Defendant Clarks' Motion to Dismiss the Plaintiff's Complaint filed pursuant to Federal Rule of Civil Procedure 12(b)(6), it is **ORDERED AND ADJUDGED** that the Motion to Dismiss (Dkt. 15) is denied. The Plaintiff's factual allegations, especially those alleged in paragraphs 18, 19, 20, and 21, together with the statutorily mandated requirement of section 468.529(1), Florida Statutes, with regard to the obligation of an employee leasing company to provide workers' compensation insurance coverage to leased employees, are more than sufficient at this initial stage of the proceedings to undermine the Defendants' argument that the Defendant

All Roof Systems, LLC, is not subject to the intentional tort exclusion in the policy at issue.  In short, the Plaintiff, consistent with the pleading principles of Bell Atlantic Corp. v. Twombly, 550 U.S. 554, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007), has more than adequately stated a claim for relief that is plausible on its face.  The Clark Defendants shall file their answer and defenses, if any, to the Plaintiff's amended complaint within fourteen (14) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on May 22, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record